**U.S. Department of Justice**

MEMO ENDO.

*United States Attorney*
*Southern District of New York*

*United States Attorney's Office*
*50 Main Street, Suite 1100*
*White Plains, New York 10606*

April 26, 2023

### BY ECF AND E-MAIL

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
Hon. Charles L. Brieant, Jr.
Federal Building and United States Courthouse
White Plains, New York 10601

### Re: *United States* v. *Markel Calhoun*, No. 19 Cr. 218

Dear Judge Karas:

The Government writes, with the consent of the defendant, respectfully to request that the Court adjourn the April 27, 2023, conference in this VOSR matter for a period of approximately forty-five days because the state charges underlying the pending specifications remain active and pending.

Granted. *The Court will hold a conf. on 6/13/23 at 2:30*
So Ordered.

4/26/23

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By:

Ryan W. Allison
Assistant United States Attorney
(914) 993-1953

cc: Michael Burke, Esq. (by ECF and E-Mail)
Jeff Steimel (by ECF and E-Mail)