

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*United States Attorney's Office*
*50 Main Street, Suite 1100*
*White Plains, New York 10606*

August 14, 2023

**BY ECF AND E-MAIL**

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
Hon. Charles L. Brieant, Jr.
Federal Building and United States Courthouse
White Plains, New York 10601

**MEMO ENDORSED**

Re:   *United States* v. *Markel Calhoun*, No. 19 Cr. 218 (KMK)

Dear Judge Karas:

    The Government writes respectfully to notify the Court of the status of the pending state charges underlying the defendant's supervised release specifications. The Government understands that the defendant's state case was adjourned until August 25, 2023, in the Town of Rye Justice Court. The Government proposes, and defense counsel agrees, that no appearance in this Court is necessary at this time in light of the pending state charges. The Government will update the Court after it learns of the result of the next state court appearance.

                                  Respectfully submitted,

                                  DAMIAN WILLIAMS
                                United States Attorney for the
                                Southern District of New York

By: _____
       Ryan W. Allison
       Assistant United States Attorney
       (914) 993-1953

cc:   Michael Burke, Esq. (by ECF and E-Mail)
      Jeff Steimel (by ECF and E-Mail)

Granted.  The Parties shall notify the Court after the next state court appearance.

SO ORDERED

_____
KENNETH M. KARAS U.S.D.J.

August 14, 2023